Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon monofilament yarn and is so-called 15-denier monofilament nylon having a slight turn twist, composed of a single filament, weighing less than 150 deniers per length of 450 meters, and valued at more than $1.11⅓ per pound, the claim of the plaintiff was sustained.

No. 66862.—Sniafibres Corp. v. United States, protests 61/1970, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon monofilament yarn and is so-called 15-denier monofilament nylon having a slight turn twist, composed of a single filament, weighing less than 150 deniers per length of 450 meters, and valued at more than $1.11⅓ per pound, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 14, 1962

No. 66863.—Tex Mex Brick & Import Co. v. United States, protests 60/10765, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

No. 66864.—Tex Mex Brick & Import Co. v. United States, protests 60/26880, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.